# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERIN K. KELLEY,<br><br>                              Plaintiff,<br><br>   v.<br><br>EAGLE VALLEY CHILDREN'S HOME, *et. al.*,<br><br>                            Defendants. | Case No. 3:23-CV-00410-MMD-CLB<br><br>**ORDER GRANTING MOTION FOR PRO SE LITIGANT TO E-FILE**<br><br>[ECF No. 1-7] |

Plaintiff Erin Kelley ("Kelley") has filed a motion for pro se litigant to e-file. The motion, (ECF No. 1-7), is **GRANTED**. In order for Kelley to file documents electronically, she is required to register and maintain a CM/ECF account, which can be found on the Court's website (www.nvd.uscourts.gov) under the Self Help/E-Filing Permission link. Kelley shall also complete the CM/ECF tutorial and become familiar with the Electronic Filing Procedures, Best Practice and the Civil Events Menu that are accessible on the website. Kelley is instructed that this order granting permission to file on CM/ECF is applicable only to this case.

**IT IS SO ORDERED.**

**DATED**: August 29, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**