Erin K. Kelley
1288 Flintwood Drive
Carson City, NV 89706
(775)241-7200
Erin55kelley@hotmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEVADA

ERIN K. KELLEY, an individual
In her personal capacity,

PLAINTIFF,

vs.

EAGLE VALLEY CHILDREN'S HOME
DBA THE NEVADA CHILDREN'S
FOUNDATION, INC.

DEFENDANTS.

Case No.: 3:23-CV-00410-MMD-CLB

Dept. No.:

**MOTION FOR ORDER APPROVING EXTENSION OF TIME TO COMPLETE SERVICE OF PROCESS ON THE BOARD MEMBERS OF EAGLE VALLEY CHILDREN'S HOME DBA THE NEVADA CHILDREN'S FOUNDATION, INC.**

**1ST REQUEST**

## INTRODUCTION

Plaintiff, Erin K. Kelley (Erin) proceeding in Proper Person, moves this Court for an order extending time to complete service of process on the board members of Eagle Valley Children's Home DBA as the Nevada Children's Foundation.

This Motion is made in good faither and not for the purpose of delay.

## POINTS AND AUTHORITIES

Pursuant to LR IA 6-1. REQUESTS FOR CONTINUANCE, EXTENSION OF TIME, OR ORDER SHORTENING TIME

(a) A motion or stipulation to extend time must state the reasons for the extension requested and must inform the court of all previous extensions of the subject deadline the court granted. A request made after the expiration of the specified period will not be granted unless the

1

movant or attorney demonstrates that the failure to file the motion before the deadline expired was the result of excusable neglect.

## CASE FACTS

On January 8, 2024, a U.S. Marshall attempted to serve the Summons and Complaint in this case on Beverely J. Hennen, a non-commercial registered agent. Ms. Hennen is listed as the resident agent for the Defendant in this case. The service of process Receipt and Return states in remarks "[Beverely J. Hennen] no longer lives at listed address. Per the resident, Douglas Young, Hennen moved to Tahoe, CA two and a half years ago."

Accordingly, Erin requested an Order for Alternate Service and for an Extension of Time to complete the service of process on the Defendants. The Motion was filed before the service deadline.

On January 30, 2024, the Court approved alternate service on the corporate officers and Directed the U.S. Marshall's office to serve active board members Director John E. Dooley III, Director Julie Sawyer and Director Tracy L. Fisher, Jr at their respective addresses of record on file with the Nevada Secretary of State's Office. Although the extension of time for service of process was not granted the Order stated, "If Kelley requires additional time to meet any of the deadlines set by the Court, she must file a motion for extension of time …that is supported by a showing of good cause."

The U.S. Marshall's office was unable to serve the three defendants by the February 15, 2024, deadline. Initially noted is that Erin did not receive the three USM-285 forms that were to be mailed by the Court. On February 7, 2024, she printed out the forms, completed them and sent them to the U.S. Marshall's Office. On February 14, 2024, she contacted the U.S Marshalls Office and discovered they had not yet been received. The office further informed that as the defendants be served lived in Wellington, Reno and Carson City, respectively they

would be unable to serve all three defendants by February 15, 2024. Erin made a good faith effort to effect service in a timely manner and good cause exists to grant this motion.

## CONCLUSION

Plaintiff respectfully request an extension of time for the U.S. Marshalls Office to serve the defendants. The three USM-285 forms have already been submitted to the U.S. Marshalls Office as directed who are waiting for an Order extending service of process.

Respectfully Submitted,

*/s/ Erin Kelley*
ERIN K. KELLEY
Plaintiff in Proper Person

## ORDER

The extension is granted and service shall be completed within 45 days of this order.
IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   March 8, 2024.

3

ERIN K. KELLEY
1288 FLINTWOOD DRIVE
CARSON CITY, NV 89703

RENO NV 895
04 MAR 2024 PM 2 T

Filed ___ Received ___ Entered ___ Served On
Counsel/Parties of Record ___

MAR 0 6 2024

Clerk US District Court
District of Nevada

By: _____ Deputy

9950132195

U.S. DISTRICT COURT
DISTRICT OF NEVADA - CLERKS OFFICE
400 South Virginia Street
Reno, Nevada, 89501

FOREVER USA