JEFFERY C. LONG, State Bar # 009430
**LEVANGIE LAW GROUP**
707 N. Minnesota Street, Suite D
Carson City, NV  89703
Tel:  (916) 443-4849
Fax:  (916) 443-4855
Email: jeffery.long@llg-law.com


Attorneys for Defendant
EAGLE VALLEY CHILDREN'S
HOME DBA THE NEVADA
CHILDREN'S FOUNDATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF NEVADA

| | |
|---|---|
| ERIN K. KELLEY, an individual In her personal capacity,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE VALLEY CHILDREN'S HOME DBA THE NEVADA CHILDREN'S FOUNDATION, INC.,<br><br>Defendant. | CASE NO. 3:23-CV-00410-MMD-CLB<br><br>ORDER GRANTING STIPULATION OF THE PARTIES TO WITHDRAW MOTION FOR DEFAULT AND EXTEND TIME TO RESPOND TO THE COMPLAINT |

### STIPULATION OF THE PARTIES

Plaintiff ERIN K. KELLEY (hereafter "Plaintiff") and Defendant EAGLE VALLEY CHILDREN'S HOME DBA THE NEVADA CHILDREN'S FOUNDATION, INC. (hereafter "Defendant") hereby stipulate to the following:

WHEREAS Plaintiff's amended complaint was filed against Defendant on September 8, 2023.

WHEREAS an order granting Plaintiff's motion for order approving service of process was granted and the court clerk was ordered to issue a summons for Defendant and three officers listed in Plaintiff's motion on January 30, 2023.

1

WHEREAS a motion to extend time (first request) to complete service of process on Board Members of Defendant was filed on March 6, 2024.

WHEREAS motion to extend time was granted on March 8, 2024.

WHEREAS motion for entry of default by Plaintiff was filed on April 22, 2024.

WHEREAS Defendant's Attorney and Plaintiff have agreed via email to withdraw the motion for default and all related documents and have agreed to extend time for Defendant to respond to complaint until May 20, 2024.

DATED: April 29, 2024                **LEVANGIE LAW GROUP**

By: _____
JEFFERY C. LONG
Attorney for Defendant,
Eagle Valley Children's Home dba The Nevada Children's Foundation, Inc.

DATED: 30/04/24

By: _Erin Kelley_____
Erin Kelley (Apr 30, 2024 08:55 PDT)
Erin K. Kelley
Plaintiff

**ORDER**

Per the stipulation of the parties and for good cause, **IT IS HEREBY ORDERED**:

1. <u>MOTION VACATED</u>: Plaintiff's Motion for Entry of Default is withdrawn by Plaintiff and is hereby vacated by this Court; and

2. <u>RESPONSE DEADLINE</u>: Defendant will file a responsive pleading to Plaintiff's Complaint on or before May 20, 2024.

IT IS SO ORDERED.

DATED THIS 1st Day of May 2024.

_____
MIRANDA M. DU
CHIEF DISTRICT COURT JUDGE