ERIN K. KELLEY
1288 Flintwood Drive
Carson City, NV 89706
Tel: (775) 315-3701
Email: Erin55kelley@hotmail.com
**PLAINTIFF IN PRO PER**

JEFFERY C. LONG, State Bar # 009430
**LEVANGIE LONG LOORZ**
707 N. Minnesota Street, Suite D
Carson City, NV 89703
Tel: (916) 443-4849 | Fax: (916) 443-4855
Email: jeffery.long@llg-law.com

Attorneys for Defendant
EAGLE VALLEY CHILDREN'S
HOME DBA THE NEVADA
CHILDREN'S FOUNDATION, INC

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF NEVADA

| | |
|---|---|
| ERIN K. KELLEY, an individual In her personal capacity,<br><br>Plaintiffs,<br><br>v.<br><br>EAGLE VALLEY CHILDREN'S HOME DBA THE NEVADA CHILDREN'S FOUNDATION, INC.,<br><br>Defendants. | CASE NO. 3:23-CV-00410-CLB |

**ORDER GRANTING STIPULATION FOR DISMISSAL**

Plaintiff ERIN K. KELLEY and Defendant EAGLE VALLEY CHILDREN'S HOME DBA THE NEVADA CHILDREN'S FOUNDATION, INC., by and through their counsel of record, hereby request the Court dismisses the above-entitled matter, including all claims and cross-claims if any, with prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Pursuant to this stipulation, all parties agree to bear their own costs and fees incurred in this matter.

Respectfully submitted,

DATED: November 19, 2024          **LEVANGIE LONG LOORZ**

By: _Jeffery C. Long_
JEFFERY C. LONG
Attorneys for Defendant
EAGLE VALLEY CHILDREN'S
HOME DBA THE NEVADA
CHILDREN'S FOUNDATION, INC

DATED: November ___, 2024

By: _____
ERIN K. KELLEY
PLAINTIFF IN PRO PER

### ORDER

Pursuant to the foregoing, this Court dismisses the entire case with prejudice.

**IT IS SO ORDERED.**

Dated: 11 / 29 / 2024

_____
UNITED STATES MAGISTRATE JUDGE

Dated: December 4, 2024